CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CYNTHIA FREY (DCBN 475889)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7200
> FAX: (415) 436-7234
> Cynthia.Frey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:26-MJ-70627 MAG |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| ALBIN SALVADOR REYES-DE LEON, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint against ALBIN SALVADOR REYES-DE LEON.

DATED: June 24, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_/s/ Jeff Mitchell_
JEFF MITCHELL
Chief, Criminal Division

NOTICE OF DISMISSAL
NO. CR 3:26-MJ-70627 MAG

V. 8/4/2021

Leave is granted to the government to dismiss the complaint against ALBIN SALVADOR REYES-DE LEON.

Date: June 24, 2026

_____
HON. SALLIE KIM
United States Magistrate Judge

NOTICE OF DISMISSAL
NO. CR 3:26-MJ-70627 MAG                                                    V. 8/4/2021